UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS ANTHONY STOVALL | CIVIL ACTION |
| VERSUS | NO. 10-1098 |
| MARLIN GUSMAN, ET AL | SECTION "C" (4) |

ORDER

The Court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby PARTIALLY APPROVES the Partial Report and Recommendation of the Magistrate Judge and adopts that approved portion as its opinion in this matter as follows.

IT IS ORDERED that the motion to dismiss filed by the Orleans Parish Criminal Sheriff is PARTIALLY GRANTED and PARTIALLY DENIED, and the motion to strike filed by the plaintiff is DENIED.  (Rec. Docs. 10, 12).  The plaintiff's claims under 42 U.S.C. § 1983 against the Orleans Parish Criminal Sheriff's Office are DISMISSED WITH PREJUDICE for failure to state a claim for which relief may be granted.  With respect to Sheriff Marlin Gusman, the plaintiff has failed to allege that Sheriff Gusman was personally involved in the encounter or that it resulted from any policy of the sheriff for

purposes of claims under § 1983.  The plaintiff failed to allege any state claims in his complaint.  In light of the pro se nature of this complaint and the fact that the plaintiff alleges a substantial injury, he will be allowed ten (10) days from receipt of this order to amend his complaint.  Any dismissal of claims under this order will take effect after this ten (10) day period has expired.  Failure to amend in a timely fashion will result in the dismissal of Sheriff Gusman from this litigation.

    IT IS FURTHER ORDERED that the plaintiff's § 1983 claims for failure to protect against Deputy Ohlmeyer shall proceed forward with the Magistrate Judge.

    IT IS FURTHER ORDERED that judgment under Fed. R. Civ. P. 54(b) is not appropriate at this time.

    IT IS FURTHER ORDERED that a copy of this order shall be sent to the plaintiff at his record address certified mail, return receipt requested.

    New Orleans, Louisiana, this 22nd  day of October, 2010.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE